| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 5:09CR00013-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Priscilla Ann Martinez c/o United States Marshal | DISTRICT Southern District of Texas | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Micaela Alvarez | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 26, 2011 — TO August 25, 2014 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2 Count II- Possession with intent to distribute a quantity in excess of 50 kilograms of marijuana, a Schedule I controlled substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS- LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

March 19, 2012
Date

_United States District Judge_

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS-DALLAS DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

3/27/2012
Effective Date

_United States District Judge_

March 19, 2012