

RECEIVED
APR -9
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

David J. Bradley                                                   1300 Victoria, Ste. 1131
Clerk of Court                                                     Laredo, TX 78040

To:  NORTHERN DISTRICT OF TEXAS / DALLAS DIVISION
RE: Transfer of Criminal Action no. 5:09-CR-163-001 PRISCILLA ANN MARTINEZ

Dear Sir/Madam:

   Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

   www.ecf.txsd.uscourts.gov

   Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

                                                David J. Bradley
                                                Clerk of Court

Date: 3/30/2012                                 BY: Norma Ortiz, Deputy Clerk

Please complete and return acknowledgment to this office

      Received and filed under case number: 3:12CR0097-K
      on 4/09/2012  2011.

                                                Clerk, United States District Court

                                                By: Thomas Drew
                                                        Deputy Clerk

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:09-cr-00163-1
### Internal Use Only

Case title: USA v. Martinez  
Magistrate judge case number: 5:09-mj-00149

Date Filed: 02/03/2009  
Date Terminated: 05/27/2009

Assigned to: Judge Micaela Alvarez

**Defendant (1)**

Priscilla Ann Martinez  
*TERMINATED: 05/27/2009*

represented by Federal Public Defender - Laredo  
1501 Matamoros St  
Laredo, TX 78040  
956-753-5313  
Email: lar_ecf@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Jack Wade Bainum**  
Federal Public Defender  
1501 Matamoros St  
Laredo, TX 78040  
956-752-5313  
Fax: 956-752-5318  
Email: wade_bainum@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pending Counts**

Poss w/int to distr a quantity i excess of 50 kgs of marihuana; PENALTY: 0 to 20 yrs and/or $1 million; $100 CVF; 3 yrs SRT.  
(2)

**Disposition**

36 mos to serve; 3 yrs tsr, usual terms apply; DNA sample; $100 cvf; $1,000 fine at $50 mthly to begin 60 days from release; drug/alcohol treatment in/out patient or while at BOP; Educ/GED program; waived appeal.

**Highest Offense Level (Opening)**

Felony

TRUE COPY I CERTIFY  
ATTEST:  
DAVID J. BRADLEY, Clerk of Court  
By_____ Deputy Clerk

**Terminated Counts**

**Disposition**

| | |
|---|---|
| Conspiracy to poss w/int to ditr a quantity in excess of 50 kgs of marihuana; PENALTY: 0 to 20 yrs and/or $1 million; $100 CVF; 3 yrs SRT.<br>(1) | Dismissed on Govts oral Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F--Controlled substance, Sell, Distribute or Dispense | |

**Plaintiff**

USA                                      represented by **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Charles Elliott**
U.S. Attorney Office
PO Box 1179

Laredo, Tx 78042
956-794-2119
Fax: 956-726-2266
Email: michael.elliott@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2009 | 1 | COMPLAINT as to Priscilla Ann Martinez (1), filed. (mmarquez) (dgonzalez, ). [5:09-mj-00149] (Entered: 01/20/2009) |
| 01/20/2009 | 2 | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: INITIAL APPEARANCE as to Priscilla Ann Martinez, (Deft informed of rights) held on 1/20/2009. Defendant requests appointed counsel. Financial Affidavit executed. Federal Public Defender appointed. Bond set at $200,000.00 c/s. (Preliminary Examination set for 1/30/2009 at 10:00 AM in Courtroom 2B before Magistrate Judge J. Scott Hacker.) Deft advised Court of medical condition(s) or need(s). Appearances:Brian Sardelli f/gvt; USPTS Juan Perez; USM Rey Vasquez; AFPD Paul Saenz (on duty), Deft's atty. (ERO:Sara Medellin) (Interpreter:A M Koency / Zeph Pease - not used) Deft remanded to custody, filed.(dgonzalez) [5:09-mj-00149] (Entered: 01/26/2009) |
| 01/20/2009 | 3 | Sealed Financial Affidavit CJA 23 by Priscilla Ann Martinez, filed. [5:09-mj-00149] (Entered: 01/26/2009) |
| 01/20/2009 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender - Laredo for Priscilla Ann Martinez.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (dgonzalez) [5:09-mj-00149] (Entered: 01/26/2009) |
| 01/26/2009 | 5 | ORDER The Court, having considerd "Pretrial Services Report" received January 26, 2009, is of the opinion and hereby orders that the defendant's bond set at $200,000.00, cash or surety remain as initially set by the Court as to Priscilla Ann Martinez, filed. (Signed by Magistrate Judge J. Scott Hacker) Parties notified. (bmendoza, ) [5:09-mj-00149] (Entered: 01/28/2009) |
| 01/28/2009 | 6 | Pretrial Services Report (Sealed) as to Priscilla Ann Martinez, filed. (bhinojosa, ) [5:09-mj-00149] (Entered: 01/28/2009) |
| 01/30/2009 | 7 | WAIVER of Preliminary Examination or Hearing by Priscilla Ann Martinez, filed.(dgonzalez) [5:09-mj-00149] (Entered: 02/03/2009) |
| 02/03/2009 | | **Added Pretrial Services, Financial Litigation and Probation (mmarquez) (Entered: 02/04/2009) |
| 02/03/2009 | 8 | INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Priscilla Ann Martinez (1) count(s) 1, 2, filed. (Attachments: # 1 Penalty Sheet) (mmarquez) (Entered: 02/04/2009) |
| | | |

| | | |
|---|---|---|
| 02/05/2009 | 9 | NOTICE OF SETTING as to Priscilla Ann Martinez. Arraignment set for 2/12/2009 at 08:00 AM in Courtroom 2B before Magistrate Judge J. Scott Hacker, filed. (mmarquez) (Entered: 02/05/2009) |
| 02/05/2009 | | US ATTORNEY'S NOTICE OF APPEARANCE. Michael Charles Elliott appearing for USA, filed.(Elliott, Michael) (Entered: 02/05/2009) |
| 02/09/2009 | 10 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Priscilla Ann Martinez, filed.(Bainum, Jack) (Entered: 02/09/2009) |
| 02/09/2009 | 11 | NOTICE OF ATTORNEY APPEARANCE: Jack Wade Bainum appearing for Priscilla Ann Martinez, filed.(Bainum, Jack) (Entered: 02/09/2009) |
| 02/09/2009 | 12 | ORDER Accepting Defendant's Written Waiver of Arraignment as to Priscilla Ann Martinez.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (nortiz) (Entered: 02/10/2009) |
| 02/09/2009 | 13 | SCHEDULING ORDER as to Priscilla Ann Martinez. Motion Filing due by 2/23/2009 Responses due by 3/2/2009 Pretrial Conference set for 3/10/2009 at 01:00 PM in Courtroom 2B before Magistrate Judge J. Scott Hacker Jury Selection set for 3/13/2009 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez. Parties notified. (nortiz) (Entered: 02/10/2009) |
| 03/10/2009 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: RE-ARRAIGNMENT held on 3/10/2009. Priscilla Ann Martinez (1) Guilty Count 2. Consent filed; Written plea agreement with Factual Basis attached; PSI sheet, sentencing date, 05/27/09 at 9:00 AM; ct 1 dismissed at time of sentence. (1:00 - 5:09). Appearances: Frank Pimentel f/Michael Elliott f/Government; John Paul f/Wade Bainum f/defendant; USPO Valente Esparza/Elsa Cavazos; USM Rey Vasquez/Joel Leal/Tom Trevino. (ERO: David Morales). (Interpreter: Fred Kowalski/Ina Pool, not used). Deft remanded to custody, filed. ( dflores ) (Entered: 03/10/2009) |
| 03/10/2009 | 14 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Priscilla Ann Martinez, filed.(nortiz) (Entered: 03/11/2009) |
| 03/10/2009 | 15 | PLEA AGREEMENT/FACTUAL BASIS FOR GUILTY PLEA BY USA as to Priscilla Ann Martinez, filed. (nortiz) (Entered: 03/11/2009) |
| 03/10/2009 | 16 | ADDENDUM to 15 Plea Agreement as to Priscilla Ann Martinez, filed. (nortiz) (Entered: 03/11/2009) |
| 03/10/2009 | 17 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Priscilla Ann Martinez. PSI Completion due by 4/14/2009 Sentencing set for 5/27/2009 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez. Parties notified. (nortiz) (Entered: 03/11/2009) |
| 03/10/2009 | 18 | REPORT AND RECOMMENDATIONS as to Priscilla Ann Martinez Objections to R&R due by 3/25/2009.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (nortiz) Modified on 3/24/2009 (nortiz). (Entered: 03/11/2009) |
| 03/25/2009 | 19 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to |

| | | |
|---|---|---|
| | | Priscilla Ann Martinez re: 18 Report and Recommendations.(Signed by Judge Micaela Alvarez) Parties notified. (smedellin) (Entered: 03/26/2009) |
| 04/02/2009 | 20 | LETTER as to Priscilla Ann Martinez re: The Presentence Report with an original Court disclosure date of 04/14/2009 is now complete. The new disclosure date is 04/01/2009. Counsel shall communicate in writing any objections to the Pre-Sentence Report within 14 calendar days, or by 04/15/2009, filed. (nortiz) (Entered: 04/03/2009) |
| 04/24/2009 | 21 | Final Presentence Investigation Report (Sealed) as to Priscilla Ann Martinez, filed. (marriaga, ) (Entered: 04/24/2009) |
| 04/24/2009 | 22 | Confidential Sentencing Recommendation(Sealed) regarding Priscilla Ann Martinez, filed. (marriaga, ) (Entered: 04/24/2009) |
| 04/24/2009 | 23 | Sealed Addendum to 21 Final Presentence Investigation Report (Sealed) as to Priscilla Ann Martinez, filed. (marriaga, ) (Entered: 04/24/2009) |
| 05/27/2009 | | Minute Entry for proceedings held before Judge Micaela Alvarez: Sentencing held on 5/27/2009 for Priscilla Ann Martinez (1), Count(s) 2, 36 mos to serve; 3 yrs tsr, usual terms apply; DNA sample; $100 cvf; $1,000 fine at $50 mthly to begin 60 days from release; drug/alcohol treatment in/out patient or while at BOP; Educ/GED program; waived appeal. Count(s) 1, Dismissed on Govts oral Motion. Appearances:Jimmy Ustynoski f/Gov, FPD Wade Bainum f/Deft, TTrevino f/USM, JGroh f/USPO-L.(Court Reporter: Leticia Gomez [10:23-10:30]) (Interpreter: not used) Deft remanded to custody, filed.(atrevino) Modified on 5/27/2009 (atrevino). (Entered: 05/27/2009) |
| 05/27/2009 | | (Court only) ***Terminated defendant Priscilla Ann Martinez, pending deadlines, and motions., ***Case Terminated (atrevino, ) (Entered: 05/27/2009) |
| 05/27/2009 | 24 | NOTICE OF NON-APPEAL by Priscilla Ann Martinez,filed.(nortiz) (Entered: 05/29/2009) |
| 05/29/2009 | 25 | JUDGMENT as to Priscilla Ann Martinez.(Signed by Judge Micaela Alvarez) Parties notified. (nortiz) (Entered: 06/01/2009) |
| 05/29/2009 | 26 | Statement of Reasons (Sealed) as to Priscilla Ann Martinez, filed. (nortiz) (Entered: 06/01/2009) |
| 03/30/2012 | 27 | Supervised Release Jurisdiction Transferred to the Northern District of Texas / Dallas Division as to Priscilla Ann Martinez, filed.(nortiz) (Entered: 03/30/2012) |

AO 245B (Rev. 08/05 Judgment in a Criminal Case
Sheet 1

Case 3:12-cr-00097-K  Document 4  Filed 04/09/12  Page 7 of 15  PageID 11
Case 5:09-cr-00163  Document 25  Filed in TXSD on 05/29/09  Page 1 of 6

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **PRISCILLA ANN MARTINEZ** | CASE NUMBER: 5:09CR00163-001 |
| | USM NUMBER: 55681-279 |
| | Jack Wade Bainum, AFPD |
| | Defendant's Attorney |

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    two on March 10, 2009

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. § 2 | Possession with intent to distribute a quantity in excess of 50 kilograms of marijuana, a Schedule I controlled substance | 01/15/2009 | Two |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) _one_    ☒ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 27, 2009
Date of Imposition of Judgment

*/s/ M. Alvarez*
Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

May 29, 2009
Date

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By: _____
Deputy Clerk

RC | JG

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

Case 3:12-cr-00097-K Document 4 Filed 04/09/12 Page 8 of 15 PageID 12
Case 5:09-cr-00163 Document 25 Filed in TXSD on 05/29/09 Page 2 of 6

Judgment -- Page 2 of 6

DEFENDANT: PRISCILLA ANN MARTINEZ
CASE NUMBER: 5:09CR00163-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____36 months._____

The defendant waived the right to appeal the sentence.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant participate in a comprehensive drug treatment program while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 08/05 Judgment in a Criminal Case
Sheet 3 -- Supervised Release

Case 3:12-cr-00097-K  Document 4  Filed 04/09/12  Page 9 of 15  PageID 13
Case 5:09-cr-00163  Document 25  Filed in TXSD on 05/29/09  Page 3 of 6

Judgment -- Page 3 of 6

DEFENDANT: PRISCILLA ANN MARTINEZ
CASE NUMBER: 5:09CR00163-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 08/... Judgment in a Criminal Case
Sheet 3C -- Supervised Release

Case 3:12-cr-00097-K   Document 4   Filed 04/09/12   Page 10 of 15   PageID 14
Case 5:09-cr-00163   Document 25   Filed in TXSD on 05/29/09   Page 4 of 6

Judgment -- Page 4 of 6

DEFENDANT: **PRISCILLA ANN MARTINEZ**
CASE NUMBER: **5:09CR00163-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is to enroll and participate in an educational program designed to receive a high school diploma or its equivalency.

AO 245B (Rev. 08/05) Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

Case 3:12-cr-00097-K   Document 4   Filed 04/09/12   Page 11 of 15   PageID 15
Case 5:09-cr-00163   Document 25   Filed in TXSD on 05/29/09   Page 5 of 6

Judgment -- Page 5 of 6

DEFENDANT: **PRISCILLA ANN MARTINEZ**
CASE NUMBER: **5:09CR00163-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | $1,000.00 | $0.00 |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐ the interest requirement is waived for the  ☐ fine　☐ restitution.

　　☐ the interest requirement for the  ☐ fine　☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 08/05 Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

Case 3:12-cr-00097-K Document 4 Filed 04/09/12 Page 12 of 15 PageID 16
Case 5:09-cr-00163 Document 25 Filed in TXSD on 05/29/09 Page 6 of 6

Judgment -- Page 6 of 6

DEFENDANT: PRISCILLA ANN MARTINEZ
CASE NUMBER: 5:09CR00163-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ 100.00 due immediately, balance due
  ☐ not later than _____, or
  ☒ in accordance with ☐ C, ☒ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☒ Payment in equal monthly installments of $ 50.00 over a period of 20 months, to commence 60 days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
  Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**     **Total Amount**     **Joint and Several Amount**     **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

United States District Court
Southern District of Texas
FILED

FEB - 3 2009

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. |
| PRISCILLA ANN MARTINEZ | § | L-09-163 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 15, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**PRISCILLA ANN MARTINEZ,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about January 15, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**PRISCILLA ANN MARTINEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involved a quantity in excess of 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

**MA**

_____
MICHAEL C. ELLIOTT
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By:_____
Deputy Clerk

USA-74-24b
(Rev. 6-1-71)

**L-09-163**

LAREDO DIVISION    **CRIMINAL DOCKET**    NO. _____

FILE: 09-1346   MG# L-09-149M
INDICTMENT    Filed: FEB - 3 2009   Judge: _____

UNITED STATES OF AMERICA

ATTORNEYS:
TIM JOHNSON, ACTING USA

VS.

MICHAEL C. ELLIOTT, AUSA

PRISCILLA ANN MARTINEZ

Appt'd | Private

**MA**

**CHARGE:** Ct. 1: Conspiracy to possess with intent to distribute a quantity
(TOTAL)    in excess of 50 kilograms of marihuana
(COUNTS:)    [21 USC 846, 841(a)(1) & 841(b)(1)(C)]
(2)    Ct. 2: Possess with intent to distribute a quantity in excess
     of 50 kilograms of marihuana
     [21 USC 841(a)(1), 841(b)(1)(C) & 18 USC 2]

**PENALTY:** 0 to 20 Yrs. and/or 1 MILLION, $100 Spec Assessment
3 YRS TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

No Arrest:

NAME & ADDRESS
of Surety:

## PROCEEDINGS: