IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:12-CR-097-K (01) |
| | § | |
| PRISCILLA ANN MARTINEZ, | § | |
| | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of the defendant's Supervised Release to United States Magistrate Judge for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The defendant having waived allocution before this Court as well as her right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Report and Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five months, with credit for time served since her October 21, 2020 arrest, and with a further term of 12 months of

supervised release to follow. Additionally, the following conditions of supervised release are imposed.

Mandatory Conditions:

1. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not commit another federal, state, or local crime.

3. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

4. The defendant shall also comply with the standard conditions recommended by the U.S. Sentencing Commission and shall comply with the following additional conditions:

Additional Conditions:

1. The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment.

2. The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must take all mental health medications that are prescribed by her treating physician.

3. The defendant shall pay a fine in the amount of $1,000 previously imposed in Case No. 5:09CR00163-001. The defendant will cooperate with the probation officer to devise a payment plan providing for monthly installments to begin no later than 60 days after release from imprisonment and shall continue each month until the balance is paid in full.

SO ORDERED.

Signed February 16th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE